# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOAQUIN DIAZ,<br><br>               Petitioner,<br><br>  v.<br><br>MARTIN GAMBOA, WARDEN,<br><br>               Respondent. | Case No. CV 25-01369-SPG (AS)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRTE JUDGE** |

    Pursuant to 28 U.S.C. section 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge to which no objections were filed. Accordingly, the Court concurs with and accepts the findings and conclusions of the Magistrate Judge in the Report and Recommendation.

    **IT IS ORDERED** that Judgment be entered dismissing this action with prejudice.

    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the

1 | Judgment herein on counsel for Petitioner and counsel for
2 | Respondent.
3 |     **IT IS SO ORDERED.**
4 |
5 | DATED: November 12, 2025
6 |
7 |                             HON. SHERILYN PEACE GARNETT
                            UNITED STATES DISTRICT JUDGE