JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| JOAQUIN DIAZ,<br><br>                Petitioner,<br><br>    v.<br><br>MARTIN GAMBOA, WARDEN,<br><br>                Respondent. | Case No. CV 25-01369-SPG (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

**IT IS ADJUDGED** that this action is dismissed with prejudice.


DATED: November 12, 2025

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE